UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGINIA LAZZU,

    Plaintiff,

v.

BERKSHIRE HATHAWAY DIRECT
INSURANCE COMPANY,

    Defendant.
_____/

Case No. 1:22-CV-253

HON. JANET T. NEFF

## **ORDER**

This matter is before the Court on the Magistrate Judge's May 20, 2022, Report and Recommendation, recommending that Plaintiff's motions be denied and that the action be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 9) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that the motion for leave to file an amended complaint (ECF No. 7) and the motion to appoint counsel (ECF No. 8) are **DENIED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections. *See McGore v.*

*Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

    A Judgment will be entered consistent with this Order.


Dated:  June 7, 2022                                                                          /s/ Janet T. Neff
                                                                                       JANET T. NEFF
                                                                                       United States District Judge